## BRISTOL AND WARREN GAS COMPANY

v.

### Edward F. BURKE, Chairman et al.

### No. 80–75–M.P.

Supreme Court of Rhode Island.

April 2, 1981.

Coffey, McGovern, Noel & Novogroski, W. Kenneth O'Donnell, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Sp. Asst. Atty. Gen., for respondents.

## ORDER

The petitioner's motion to consolidate this case with *Bristol and Warren Gas Company v. Edward F. Burke, et al.* No. 79–314–M.P., is hereby granted.

## BRISTOL AND WARREN GAS COMPANY

v.

### Edward F. BURKE, Chairman et al.

### No. 80–75–M.P.

Supreme Court of Rhode Island.

April 3, 1980.

Coffey, McGovern, Noel and Novogroski, W. Kenneth O'Donnell, Providence, for petitioner.

*Dennis J. Roberts* II, Atty. Gen., John R. McDermott, Special Assistant Atty. Gen., for respondents.

## ORDER

The respondents' motion that we reconsider and vacate our order granting petitioner's request for stay in this case is denied.

## Raymond DELAHUNT

v.

### STATE.

### No. 81–100–C.A.

Supreme Court of Rhode Island.

April 16, 1981.

Robert B. Mann, Providence, for appellant.

Dennis J. Roberts II, Atty. Gen., Kathryn A. Panciera, Sp. Asst. Atty. Gen., for appellee.

## ORDER

The defendant's motion for expedited hearing is granted and this case is assigned to the October, 1981 argument calendar. In accordance with the stipulation of the parties, defendant is hereby released on his personal recognizance on Indictment No. 75–1039 pending the instant appeal from the denial of postconviction relief. Since defendant is presently incarcerated in Maine, we hereby direct the clerk to send a written recognizance to defendant's place of incarceration. We further authorize any notary public of the State of Maine to administer said recognizance.